**Steven FLOREA, Appellant,**

v.

**TREASURER OF the STATE of Missouri—CUSTODIAN OF the SECOND INJURY FUND, Respondent.**

**WD 78290**

Missouri Court of Appeals, Western District.

Order filed: October 27, 2015

Mark E. Kelly, Liberty, for Appellant.

Kimberly C. Fournier, for Respondent.

Before Division One: Anthony R. Gabbert, Presiding Judge, Victor C. Howard, Judge and Cynthia L. Martin, Judge

### *ORDER*

PER CURIAM:

Steven Florea appeals the Labor and Industrial Relations Commission's final award denying compensation. Mr. Florea sought benefits for permanent total disability from Missouri's Second Injury Fund. The Commission found that Mr. Florea failed to prove Missouri jurisdiction over his worker's compensation claim. Be-

cause a published opinion would have no precedential value, a memorandum has been provided to the parties.

The award is affirmed. Rule 84.16(b).